IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHAD LYONS; and CHRISTIAN TAVERAS, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>IR LABS DE, LLC; and SOURCETEK, INC.,<br><br>    Defendants. | Civil No. 4:24-cv-00002-SHL-SBJ<br><br>**DEFENDANT SOURCETEK, INC.'S CORPORATE DISCLOSURE/ STATEMENT OF INTEREST** |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(c), Defendant SourceTek, Inc. ("SourceTek") states that it has no parent corporation and that no other corporation holds any stock in SourceTek. SourceTek has no other entities affiliated with it.

_/s/ Angel West_
Angel West (AT0008416)
Bryony Whitaker (AT0015158)
801 Grand Avenue, Suite 100
Des Moines, Iowa 50309
Telephone: (515) 686-8223
awest@maynardnexsen.com
bwhitaker@maynardnexsen.com

**ATTORNEYS FOR DEFENDANT SOURCETEK, INC.**

1

## **CERTIFICATE OF SERVICE**

     I certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. Notice of Electronic Filing will be sent by operation of CM/ECF to all counsel of record.

                        */s/ Angel West*