IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHAD LYONS and CHRISTIAN TAVERAS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IR LABS DE, LLC and SOURCETEK, INC.,<br><br>Defendants. | Case No. 4:24-cv-00002-SHL-SBJ<br><br>**ORDER OF SETTLEMENT APPROVAL** |

This matter comes before the court pursuant to the Parties' Joint Motion for Settlement Approval (ECF No. 38). After due consideration and inquiry into the circumstances surrounding the proposed settlement and review of the Settlement Agreement (ECF No. 38-1), the Court finds that the Motion is meritorious and should be granted. This Court concludes that the proposed settlement represents a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. Based upon the Parties' joint request to approve the settlement and after review of the Settlement Agreement, the Court approves the Settlement Agreement as requested and without modification. For the purposes of settlement and effectuating this Judgement, this Court hereby:

1) Certifies the IR Labs FLSA Settlement Group (as defined in the Settlement Agreement) as a collective action solely for settlement purposes;

2) Approves the form and content of the proposed Notice and Claim Form (ECF No. 38-2) and authorizes the Notice and Claim Form to be sent to the IR Labs FLSA Settlement Group consistent with the terms of the Settlement Agreement;

3) Appoints Plaintiff Chad Lyons as representative of the IR Labs FLSA Settlement Group;

4) Appoints William "Jack" Simpson of Simpson, PLLC and Timm Reid of the Reid Law Firm, PLLC as Class Counsel for the IR Labs FLSA Settlement Group;

5) Directs the Parties to proceed with implementing the Settlement Agreement;

6) Retains jurisdiction to enforce the Settlement Agreement;

7) Temporarily stays the case until the settlement is fully administered and all released claims are dismissed with prejudice; and

8) Directs the parties to file a joint status report within 180 days of this Order.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2025.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE