IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHAD LYONS and CHRISTIAN TAVERAS, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>IR LABS DE, LLC; and SOURCETEK, INC.<br><br>Defendants. | 4:24-cv-00002-SHL-SBJ<br><br><br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE** |

On February 27, 2025, the Court entered an Order granting the Parties' Joint Motion for Settlement Approval. (ECF 39.) As set forth in the Parties' Joint Status Report (ECF 40), the Parties followed the settlement administration process as set forth in the Settlement Agreement and Release. Accordingly, all claims subject to release pursuant to the Parties' Settlement Agreement are hereby dismissed with prejudice, and this action is hereby dismissed.

**IT IS SO ORDERED.**

Dated this 27th day of August, 2025.

_____
Stephen H. Locher
United States District Court Judge