# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| CHAD LYONS and CHRISTIAN TAVERAS, individually and on behalf of others similarly situated,<br>　　　　　Plaintiff(s),<br><br>v.<br><br>IR LABS DE, LLC; and SOURCETEK, INC.<br>　　　　　Defendant(s), | **CIVIL NUMBER: 4:24-cv-00002-SHL-SBJ**<br><br>**JUDGMENT IN A CIVIL CASE** |

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**:

The Court granted approval of the settlement agreement as agreed upon by the parties. Pursuant to the joint settlement agreement, the case is dismissed.

　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

Dated this 28th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ M. Mast　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk